## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Bola Delano

                          Plaintiff,

v.                                               Case No.: 1:16−cv−03862
                                                 Honorable Sharon Johnson Coleman

Village of University Park, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 23, 2017:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 10/23/2017. This action is hereby dismissed without prejudice, to be re−filed in State Court. All pending motions are stricken. Civil case terminated. Mailed notice (rth)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.